# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Andrea M. Suhoski                        CHAPTER 13

                    Debtor(s)

                                                 BKY. NO. 26-20491 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ *Matthew Fissel*
                                           Matthew Fissel
                                           02 Mar 2026, 15:13:45, EST

Denise Carlon, Esq. (317226)    ☐
Matthew Fissel, Esq. (314567)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com