IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **26-20491** |
| **Andrea M. Suhoski** | : | |
| | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Andrea M. Suhoski** | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __Matthew M. Herron 88927__ , counsel for the debtor in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of the Debtor's completed schedules.

By: **/s/ Matthew M. Herron**
_____
Signature
**Matthew M. Herron 88927**
_____
Typed Name
**d/b/a Herron Business Law**
**607 College Street, Suite 101**
**Pittsburgh, PA 15232**
_____
Address
**412-395-6001 Fax:412-391-2808**
_____
Phone No.
**88927 PA**
_____
List Bar I.D. and State of Admission

Columbia Gas of Pennsylvania
P.O. Box 70285
Philadelphia, PA 19176

Enhanced Recovery Corporation
PO Box 57547
Jacksonville, FL 32241

HY Cite Corp/Royal Prestige
333 Holtzman Road
Madison, WI 53713

KML Law Group, P.C.
701 Market Street, Suite 5000
BNY Mellon Independence Center
Philadelphia, PA 19106

Lakeview Loan Servicing
PO Box 8068
Virginia Beach, VA 23450

McCabe, Weisberg, & Conway LLC
216 Haddon Avenue
201
Westmont, NJ 08108

Pennsylvania American Water
P.O. Box 371412
Pittsburgh, PA 15250

PGH20
1200 Penn Avenue
Pittsburgh, PA 15222

Pittsburgh  Water and Sewer Authority
441 Smithfield Street
Pittsburgh, PA 15222

Source Receivables Management
3859 Battleground Avenue
Greensboro, NC 27410

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440