

Bruegger's Enterprises, Inc.    3900 Lakebreeze Ave N Minneapolis, MN 55429    (800) 962-6786
Andrea Suhoski    1519 AMANDA ST PITTSBURGH, PA 15210-3654

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea Suhoski | Bruegger's Enterprises, Inc. | 2305017 | 11/05/2025 | 11/18/2025 | 11/25/2025 | |

| | Hours Worked | Gross Pay | Non-Taxable Earnings | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 64.49 | 1,162.26 | 0.00 | 191.96 | 512.31 | 457.99 |
| YTD | 450.26 | 10,493.14 | 0.00 | 1,839.76 | 4,098.48 | 4,554.90 |

### Taxable Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Tips-Credit Card | 11/06/2025 - 11/18/2025 | 0 | 0 | 150.01 | 0 | 1,838.72 |
| PTO | | | 0 | | 114 | 1,732.80 |
| Catering Pick-Up Ti | 11/06/2025 - 11/18/2025 | 0 | 0 | 12.65 | 0 | 58.26 |
| Regular Hourly | 11/06/2025 - 11/11/2025 | 29.44 | 15.5 | 456.32 | | |
| Regular Hourly | 11/12/2025 - 11/18/2025 | 35.05 | 15.5 | 543.28 | 450.26 | 6,863.36 |
| Taxable Earnings | | | | 1,162.26 | | 10,493.14 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 72.05 | 650.57 |
| Medicare | 16.85 | 152.15 |
| Federal Withholding | 29.69 | 376.74 |
| State Tax - PA | 35.68 | 322.16 |
| SUI-Employee Paid - PA | 0.82 | 7.35 |
| City Tax - PITTS | 34.87 | 309.77 |
| City Tax - SEWIC | | 5.02 |
| PA LST - PITTS | 2.00 | 16.00 |
| Employee Taxes | 191.96 | 1,839.76 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Trustee Payment (1922548TPA) | 512.31 | 4,098.48 |
| Deductions | 512.31 | 4,098.48 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 999.60 | 8,596.16 |
| OASDI Tip Tax - Taxable Wages | 162.66 | 1,896.98 |
| Medicare - Taxable Wages | 1,162.26 | 10,493.14 |
| Federal Withholding - Taxable Wages | 1,162.26 | 10,493.14 |

| | Federal | State | Time-Off Balances | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | PTO (Store, MN Warehouse/Non-Exemp | 0 | 0 | 0 |
| Total Dependent Amount | 0 | | Sick Time Off Plan | 0 | 0 | 48 |
| Additional Withholding | 0 | 0 | | | | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| chime | chime ******0652 | ******0652 | | 457.99 | USD |



Bruegger's Enterprises, Inc.   3900 Lakebreeze Ave N Minneapolis, MN 55429   (800) 962-6786
Andrea Suhoski   1519 AMANDA ST PITTSBURGH, PA 15210-3654

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea Suhoski | Bruegger's Enterprises, Inc. | 2305017 | 11/19/2025 | 12/02/2025 | 12/09/2025 | |

| | Hours Worked | Gross Pay | Non-Taxable Earnings | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 77.76 | 1,441.88 | 0.00 | 258.49 | 512.31 | 671.08 |
| YTD | 528.02 | 11,935.02 | 0.00 | 2,098.25 | 4,610.79 | 5,225.98 |

### Taxable Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Tips-Credit Card | 11/19/2025 - 12/02/2025 | 0 | 0 | 226.87 | 0 | 2,065.59 |
| PTO | | | 0 | | 114 | 1,732.80 |
| Catering Pick-Up Ti | 11/19/2025 - 12/02/2025 | 0 | 0 | 9.72 | 0 | 67.98 |
| Regular Hourly | 11/19/2025 - 11/25/2025 | 39.59 | 15.5 | 613.65 | | |
| Regular Hourly | 11/26/2025 - 12/02/2025 | 38.17 | 15.5 | 591.64 | 528.02 | 8,068.65 |
| Taxable Earnings | | | | 1,441.88 | | 11,935.02 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 89.40 | 739.97 |
| Medicare | 20.91 | 173.06 |
| Federal Withholding | 57.65 | 434.39 |
| State Tax - PA | 44.27 | 366.43 |
| SUI-Employee Paid - PA | 1.00 | 8.35 |
| City Tax - PITTS | 43.26 | 353.03 |
| City Tax - SEWIC | | 5.02 |
| PA LST - PITTS | 2.00 | 18.00 |
| Employee Taxes | 258.49 | 2,098.25 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Trustee Payment (1922548TPA) | 512.31 | 4,610.79 |
| Deductions | 512.31 | 4,610.79 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,205.29 | 9,801.45 |
| OASDI Tip Tax - Taxable Wages | 236.59 | 2,133.57 |
| Medicare - Taxable Wages | 1,441.88 | 11,935.02 |
| Federal Withholding - Taxable Wages | 1,441.88 | 11,935.02 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

### Time-Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO (Store, MN Warehouse/Non-Exempt | 0 | 0 | 0 |
| Sick Time Off Plan | 0 | 0 | 48 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| chime | chime ******0652 | ******0652 | | 671.08 USD |



Bruegger's Enterprises, Inc.   3900 Lakebreeze Ave N Minneapolis, MN 55429   (800) 962-6786
Andrea Suhoski   1519 AMANDA ST PITTSBURGH, PA 15210-3654

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea Suhoski | Bruegger's Enterprises, Inc. | 2305017 | 12/03/2025 | 12/16/2025 | 12/23/2025 | |

| | Hours Worked | Gross Pay | Non-Taxable Earnings | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 66.23 | 1,177.22 | 0.00 | 195.53 | 512.31 | 469.38 |
| YTD | 594.25 | 13,112.24 | 0.00 | 2,293.78 | 5,123.10 | 5,695.36 |

| Taxable Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Tips-Credit Card | 12/03/2025 - 12/16/2025 | 0 | 0 | 150.25 | 0 | 2,215.84 | OASDI | 72.99 | 812.96 |
| PTO | | | 0 | | 114 | 1,732.80 | Medicare | 17.07 | 190.13 |
| Catering Pick-Up Ti | 12/03/2025 - 12/16/2025 | 0 | 0 | 0.40 | 0 | 68.38 | Federal Withholding | 31.18 | 465.57 |
| Regular Hourly | 12/03/2025 - 12/09/2025 | 34.3 | 15.5 | 531.65 | | | State Tax - PA | 36.14 | 402.57 |
| Regular Hourly | 12/10/2025 - 12/16/2025 | 31.93 | 15.5 | 494.92 | 594.25 | 9,095.22 | SUI-Employee Paid - PA | 0.83 | 9.18 |
| | | | | | | | City Tax - PITTS | 35.32 | 388.35 |
| | | | | | | | City Tax - SEWIC | | 5.02 |
| | | | | | | | PA LST - PITTS | 2.00 | 20.00 |
| Taxable Earnings | | | | 1,177.22 | | 13,112.24 | Employee Taxes | 195.53 | 2,293.78 |

| Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Trustee Payment (1922548TPA) | 512.31 | 5,123.10 |
| Deductions | 512.31 | 5,123.10 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,026.57 | 10,828.02 |
| OASDI Tip Tax - Taxable Wages | 150.65 | 2,284.22 |
| Medicare - Taxable Wages | 1,177.22 | 13,112.24 |
| Federal Withholding - Taxable Wages | 1,177.22 | 13,112.24 |

| | Federal | State | Time-Off Balances | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | PTO (Store, MN Warehouse/Non-Exemp | 0 | 0 | 0 |
| Total Dependent Amount | 0 | | Sick Time Off Plan | 0 | 0 | 48 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| chime | chime ******0652 | ******0652 | | 469.38  USD |



Bruegger's Enterprises, Inc.    3900 Lakebreeze Ave N Minneapolis, MN 55429    (800) 962-6786
Andrea Suhoski    1519 AMANDA ST PITTSBURGH, PA 15210-3654

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea Suhoski | Bruegger's Enterprises, Inc. | 2305017 | 12/17/2025 | 12/30/2025 | 01/06/2026 | |

| | Hours Worked | Gross Pay | Non-Taxable Earnings | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.74 | 1,317.30 | 0.00 | 222.50 | 512.31 | 582.49 |
| YTD | 72.74 | 1,317.30 | 0.00 | 222.50 | 512.31 | 582.49 |

### Taxable Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Tips-Credit Card | 12/17/2025 - 12/30/2025 | 0 | 0 | 187.90 | 0 | 187.90 |
| Catering Pick-Up Ti | 12/17/2025 - 12/30/2025 | 0 | 0 | 1.92 | 0 | 1.92 |
| Regular Hourly | 12/17/2025 - 12/23/2025 | 33.63 | 15.5 | 521.27 | | |
| Regular Hourly | 12/24/2025 - 12/30/2025 | 39.11 | 15.5 | 606.21 | 72.74 | 1,127.48 |
| Taxable Earnings | | | | 1,317.30 | | 1,317.30 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 81.67 | 81.67 |
| Medicare | 19.10 | 19.10 |
| Federal Withholding | 38.85 | 38.85 |
| State Tax - PA | 40.44 | 40.44 |
| SUI-Employee Paid - PA | 0.92 | 0.92 |
| City Tax - PITTS | 39.52 | 39.52 |
| PA LST - PITTS | 2.00 | 2.00 |
| Employee Taxes | 222.50 | 222.50 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Trustee Payment (1922548TPA) | 512.31 | 512.31 |
| Deductions | 512.31 | 512.31 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,127.48 | 1,127.48 |
| OASDI Tip Tax - Taxable Wages | 189.82 | 189.82 |
| Medicare - Taxable Wages | 1,317.30 | 1,317.30 |
| Federal Withholding - Taxable Wages | 1,317.30 | 1,317.30 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

### Time-Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO (Store, MN Warehouse/Non-Exemp | 0 | 0 | 0 |
| Sick Time Off Plan | 0 | 0 | 48 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| chime | chime ******0652 | ******0652 | | 582.49 | USD |



Bruegger's Enterprises, Inc.   3900 Lakebreeze Ave N Minneapolis, MN 55429   (800) 962-6786
Andrea Suhoski   1519 AMANDA ST PITTSBURGH, PA 15210-3654

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea Suhoski | Bruegger's Enterprises, Inc. | 2305017 | 12/31/2025 | 01/13/2026 | 01/20/2026 | |

| | Hours Worked | Gross Pay | Non-Taxable Earnings | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 68.44 | 1,240.98 | 0.00 | 204.34 | 512.31 | 524.33 |
| YTD | 141.18 | 2,558.28 | 0.00 | 426.84 | 1,024.62 | 1,106.82 |

### Taxable Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Tips-Credit Card | 12/31/2025 - 01/13/2026 | 0 | 0 | 178.63 | 0 | 366.53 |
| Catering Pick-Up Ti | 12/31/2025 - 01/13/2026 | 0 | 0 | 1.53 | 0 | 3.45 |
| Regular Hourly | 12/31/2025 - 01/06/2026 | 38.24 | 15.5 | 592.72 | | |
| Regular Hourly | 01/07/2026 - 01/13/2026 | 30.2 | 15.5 | 468.10 | 141.18 | 2,188.30 |
| Taxable Earnings | | | | 1,240.98 | | 2,558.28 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 76.94 | 158.61 |
| Medicare | 17.99 | 37.09 |
| Federal Withholding | 31.21 | 70.06 |
| State Tax - PA | 38.10 | 78.54 |
| SUI-Employee Paid - PA | 0.87 | 1.79 |
| City Tax - PITTS | 37.23 | 76.75 |
| PA LST - PITTS | 2.00 | 4.00 |
| Employee Taxes | 204.34 | 426.84 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Trustee Payment (1922548TPA) | 512.31 | 1,024.62 |
| Deductions | 512.31 | 1,024.62 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,060.82 | 2,188.30 |
| OASDI Tip Tax - Taxable Wages | 180.16 | 369.98 |
| Medicare - Taxable Wages | 1,240.98 | 2,558.28 |
| Federal Withholding - Taxable Wages | 1,240.98 | 2,558.28 |

| | Federal | State | Time-Off Balances | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | PTO (Store, MN Warehouse/Non-Exemp | 0 | 0 | 0 |
| Total Dependent Amount | 0 | | Sick Time Off Plan | 0 | 0 | 48 |
| Additional Withholding | 0 | 0 | | | | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| chime | chime ******0652 | ******0652 | | 524.33  USD |



Bruegger's Enterprises, Inc.   3900 Lakebreeze Ave N Minneapolis, MN 55429   (800) 962-6786
Andrea Suhoski   1519 AMANDA ST PITTSBURGH, PA 15210-3654

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea Suhoski | Bruegger's Enterprises, Inc. | 2305017 | 01/14/2026 | 01/27/2026 | 01/21/2026 | |

| | Hours Worked | Gross Pay | Non-Taxable Earnings | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | -512.31 | 512.31 |
| YTD | 141.18 | 2,558.28 | 0.00 | 426.84 | 512.31 | 1,619.13 |

### Taxable Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Tips-Credit Card | | | 0 | | 0 | 366.53 |
| Catering Pick-Up Ti | | | 0 | | 0 | 3.45 |
| Regular Hourly | | | 0 | | 141.18 | 2,188.30 |
| Taxable Earnings | | | | 0.00 | | 2,558.28 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 158.61 |
| Medicare | 0.00 | 37.09 |
| Federal Withholding | | 70.06 |
| State Tax - PA | | 78.54 |
| SUI-Employee Paid - PA | 0.00 | 1.79 |
| City Tax - PITTS | | 76.75 |
| PA LST - PITTS | | 4.00 |
| Employee Taxes | 0.00 | 426.84 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Trustee Payment (1922548TPA) | -512.31 | 512.31 |
| Deductions | -512.31 | 512.31 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 2,188.30 |
| OASDI Tip Tax - Taxable Wages | 0.00 | 369.98 |
| Medicare - Taxable Wages | 0.00 | 2,558.28 |
| Federal Withholding - Taxable Wages | 0.00 | 2,558.28 |

| | Federal | State | Time-Off Balances | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | PTO (Store, MN Warehouse/Non-Exemp | 0 | 0 | 0 |
| Total Dependent Amount | 0 | | Sick Time Off Plan | 0 | 0 | 48 |
| Additional Withholding | 0 | 0 | | | | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| chime | chime ******0652 | ******0652 | | 512.31 | USD |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Andrea M. Suhoski, | ) | Case No.: 26-20491-JCM |
| | ) | Chapter 13 |
| Debtor. | ) | |

## INCOME VERIFICATION STATEMENT

I, Andrea M. Suhoski, hereby states as follows:

1. I receive monthly SSI benefits totaling $342.00 on behalf of my minor son.

I verify under the penalty of perjury that the foregoing is true and correct.

/s/ *Andrea M. Suhoski*
Andrea M. Suhoski
Debtor

Respectfully submitted,

Date:  March 9, 2026

/s/ *Matthew M. Herron*
Matthew M. Herron, Esquire
PA ID No.: 88927
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
(412) 395-6001

{W0591336.1 }