# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Andrea M. Suhoski, | ) | Case No. 26-20491-JCM |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |
| Andrea M. Suhoski, | ) | Doc. No. WO-1 |
| Movant, | ) | |
| | ) | Related Document No. 17 |
| v. | ) | |
| | ) | |
| Bruegger's Enterprises, Inc., | ) | |
| Respondent. | ) | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

     The above-named Debtor having filed a Chapter 13 petition and Debtor having moved to attach wages to fund the Chapter 13 Plan:

     IT IS, THEREFORE, ORDERED that:
until further order of this Court, the Respondent from which the Debtor receives income, Bruegger's Enterprises, Inc., located at 3900 Lakebreeze Ave. N., Minneapolis, MN 55429,

(1) shall deduct from that income the sum of $496.15 biweekly beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

     RONDA J. WINNECOUR
     CHAPTER 13 TRUSTEE,
     W.D.PA.
     P.O. BOX 84051
     CHICAGO, IL 60689-
     4002

(2) the Debtor is paid bi-weekly and the monthly plan payment is $1,075.00.
(3) the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.
(4) the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the Respondent. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.
(5) all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social

{W0572439.1}

Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.
(6) NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR ANY OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY CHILD OR DOMESTIC SUPPORT PAYMENTS.
(7) this order supersedes previous orders made to the Respondent in this case.
(8) the Respondent shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.
(9) that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this ___9th_ day of _____March_____, _2026_ .

_____
John C. Melaragno, Judge  dak
United States Bankruptcy Court
SIGNED
3/9/26 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

{W0572439.1}

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-20491-JCM |
| Andrea M. Suhoski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 09, 2026 | Form ID: pdf900 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea M. Suhoski, 1519 Amanda Avenue, Pittsburgh, PA 15210-3654 |
| 16644878 | + | PGH2O, 1200 Penn Avenue, Pittsburgh, PA 15222-4207 |
| 16644879 | + | Pittsburgh Water and Sewer Authority, 441 Smithfield Street, Pittsburgh, PA 15222-2216 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Mar 10 2026 00:18:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16644871 | ^ | MEBN | Mar 10 2026 00:13:30 | Columbia Gas of Pennsylvania, P.O. Box 70285, Philadelphia, PA 19176-0285 |
| 16644873 | + | Email/Text: bankruptcynotices@hycite.com | Mar 10 2026 00:19:00 | HY Cite Corp/Royal Prestige, 333 Holtzman Road, Madison, WI 53713-2109 |
| 16644874 | ^ | MEBN | Mar 10 2026 00:13:11 | KML Law Group, P.C., 701 Market Street, Suite 5000, BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 16639847 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 10 2026 00:19:00 | Lakeview Loan Servicing, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 16639848 | ^ | MEBN | Mar 10 2026 00:13:30 | McCabe, Weisberg, & Conway LLC, 216 Haddon Avenue, 201, Westmont, NJ 08108-2818 |
| 16644877 | + | Email/Text: csc.bankruptcy@amwater.com | Mar 10 2026 00:19:00 | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 16644880 | + | Email/Text: clientservices@sourcerm.com | Mar 10 2026 00:19:00 | Source Receivables Management, 3859 Battleground Avenue, Greensboro, NC 27410-9620 |
| 16644881 | + | Email/Text: BNCnotices@dcmservices.com | Mar 10 2026 00:19:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16644882 | + | Email/Text: BNCnotices@dcmservices.com | Mar 10 2026 00:19:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| 16644875 | *+ | Lakeview Loan Servicing, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 16644876 | *+ | McCabe, Weisberg, & Conway LLC, 216 Haddon Avenue, 201, Westmont, NJ 08108-2818 |
| 16644872 | ##+ | Enhanced Recovery Corporation, PO Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Lynn Buchanan | on behalf of Debtor Andrea M. Suhoski alb@thedebtdoctors.com |
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com  lemondropper75@hotmail.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew M. Herron | on behalf of Debtor Andrea M. Suhoski mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6