# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Andrea M. Suhoski,<br>　　Debtor. | ) | Case No. 26-20491-JCM<br>Chapter 13 |
| _____ | ) | |
| Andrea M. Suhoski,<br>　　Movant, | ) | Doc. No. WO-1<br>Related to Document Nos. 17 & 18 |
| | ) | |
| v. | ) | |
| | ) | |
| Bruegger's Enterprises, Inc.,<br>　　Respondent. | ) | |

## CERTIFICATE OF SERVICE

I, Amy L. Buchanan, Esq. of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age:

That on the 12th day of March 2026

I served a copy of:    **ORDER GRANTING MOTION TO ATTACH WAGES and LOCAL FORM 12**

RE:    Andrea M. Suhoski    Case No.: 26-20491-JCM
　　　　　　　　　　　　　　　　　Chapter 13

ON:    Bruegger's Enterprises, Inc.
　　　　3900 Lakebreeze Avenue N.
　　　　Minneapolis, MN 55429
　　　　Attn.: Payroll Department

BY:    Regular first-class US mail

I certify under the penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2026                    */s/ Amy L. Buchanan*
　　　　　　　　　　　　　　　　　　　　　　　　Amy L. Buchanan, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　PA ID No. 94653
　　　　　　　　　　　　　　　　　　　　　　　　607 College Street, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15232
　　　　　　　　　　　　　　　　　　　　　　　　alb@thedebtdoctors.com
　　　　　　　　　　　　　　　　　　　　　　　　(412) 395-6001

{W0591501.1 }