**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 26-20491 |
| | ) | Chapter 13 |
| Andrea M. Suhoski, | ) | |
| | ) | Document No.: |
| Debtor. | ) | Related to Doc. Nos.: 4 & 5 |
| | ) | |
| Andrea M. Suhoski, | ) | Response Deadline: 03/13/2026 |
| | ) | Hearing Date and Time: 03/24/2026 |
| Movant, | ) | at 1:30 PM |
| | ) | |
| v. | ) | |
| | ) | |
| Duquesne Light Company | ) | |
| Enhanced Recovery Corporation | ) | |
| HY Cite Corp/Royal Prestige | ) | |
| Lakeview Loan Servicing | ) | |
| LoanCare Servicing Center | ) | |
| LoanCare, LLC | ) | |
| McCabe, Weisberg, & Conway, P.C. | ) | |
| Pittsburgh Water & Sewer Authority | ) | |
| Source Receivables Management | ) | |
| UPMC Health Services | ) | |
| UPMC Physician Services | ) | |
| US Department of Education | ) | |
| U.S. Trustee and | ) | |
| Ronda J. Winnecour, Esquire | ) | |
| Chapter 13 Trustee, | ) | |
| Respondents. | ) | |

**CERTIFICATE OF NO OBJECTION TO DEBTOR'S MOTION FOR CONTINUATION
OF THE AUTOMATIC STAY AS TO ALL CREDITORS IN CASE FILED AFTER
PRIOR DISMISSAL WITHIN YEAR OF FILING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Continuation of the Automatic Stay as to all Creditors in Case Filed After Prior Dismissal Within Year of Filing has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Continuation of the Automatic Stay as to all Creditors in Case Filed After Prior Dismissal Within Year of Filing appears

{W0591541.1 }

thereon.  Pursuant to the Notice of Hearing, responses to the Motion for Continuation of the Automatic Stay as to all Creditors in Case Filed After Prior Dismissal Within Year of Filing were to be filed and served no later than 12:00 PM on March 13, 2026.

It is hereby respectfully requested that the Order attached to the Motion for Continuation of the Automatic Stay as to all Creditors in Case Filed After Prior Dismissal Within Year of Filing be entered by the Court.

Date:   March 16, 2026

__/s/ *Amy L. Buchanan*_____
Amy L. Buchanan, Esquire
PA ID No. 94653
Matthew M. Herron, Esquire
PA ID No. 88927
THE DEBT DOCTORS, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
alb@thedebtdoctors.com
mmh@thedebtdoctors.com
Counsel to the Debtor

{W0591541.1 }