# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 26-20491 |
| | ) | Chapter 13 |
| Andrea M. Suhoski, | ) | |
| | ) | Document No.: |
| Debtor. | ) | |
| | ) | Response Deadline: 03/13/2026 |
| Andrea M. Suhoski, | ) | Hearing Date and Time: 03/24/2026 |
| | ) | at 1:30 PM |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | Related Document No. 4 |
| Duquesne Light Company | ) | |
| Enhanced Recovery Corporation | ) | |
| HY Cite Corp/Royal Prestige | ) | |
| Lakeview Loan Servicing | ) | |
| LoanCare Servicing Center | ) | |
| LoanCare, LLC | ) | |
| McCabe, Weisberg, & Conway, P.C. | ) | |
| Pittsburgh Water & Sewer Authority | ) | |
| Source Receivables Management | ) | |
| UPMC Health Services | ) | |
| UPMC Physician Services | ) | |
| US Department of Education | ) | |
| U.S. Trustee and | ) | |
| Ronda J. Winnecour, Esquire | ) | |
| Chapter 13 Trustee, | ) | |
| Respondents. | ) | |

## ORDER

AND NOW, this __17th_ day of ___March_____, 2026, upon consideration

of the within Motion for Continuation of the Automatic Stay as to all Creditors, it is

hereby **ORDERED, ADJUDGED** and **DECREED**, that the automatic stay provisions

of 11 U.S.C. §362(a) are extended to all creditors for the duration of this chapter 13

proceeding or until such time as the automatic stay is terminated under 11 U.S.C

§362(c)(1) or (c)(2), or a motion for relief is granted under §362(d) or until further

Order of Court.

{W0591157.1 }

BY THE COURT:

_____

John C. Melaragno, Judge    dak
United States Bankruptcy Court

SIGNED
3/17/26 10:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

{W0591157.1 }

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                     Case No. 26-20491-JCM

Andrea M. Suhoski                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                     User: auto                                    Page 1 of 2

Date Rcvd: Mar 17, 2026                  Form ID: pdf900                         Total Noticed: 14

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##              Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea M. Suhoski, 1519 Amanda Avenue, Pittsburgh, PA 15210-3654 |
| 16644878 | + | PGH20, 1200 Penn Avenue, Pittsburgh, PA 15222-4207 |
| 16644879 | + | Pittsburgh Water and Sewer Authority, 441 Smithfield Street, Pittsburgh, PA 15222-2216 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Mar 18 2026 01:33:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16644871 | ^ | MEBN | Mar 18 2026 01:30:16 | Columbia Gas of Pennsylvania, P.O. Box 70285, Philadelphia, PA 19176-0285 |
| 16644873 | + | Email/Text: bankruptcynotices@hycite.com | Mar 18 2026 01:33:00 | HY Cite Corp/Royal Prestige, 333 Holtzman Road, Madison, WI 53713-2109 |
| 16644874 | ^ | MEBN | Mar 18 2026 01:30:29 | KML Law Group, P.C., 701 Market Street, Suite 5000, BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 16639847 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 18 2026 01:33:00 | Lakeview Loan Servicing, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 16639848 | ^ | MEBN | Mar 18 2026 01:31:02 | McCabe, Weisberg, & Conway LLC, 216 Haddon Avenue, 201, Westmont, NJ 08108-2818 |
| 16645917 | + | Email/Text: csc.bankruptcy@amwater.com | Mar 18 2026 01:34:00 | Pennsylvania American Water, PO Box 2798, Camden, NJ 08101-2700 |
| 16644877 | + | Email/Text: csc.bankruptcy@amwater.com | Mar 18 2026 01:34:00 | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 16644880 | + | Email/Text: clientservices@sourcerm.com | Mar 18 2026 01:34:00 | Source Receivables Management, 3859 Battleground Avenue, Greensboro, NC 27410-9620 |
| 16644881 | + | Email/Text: BNCnotices@dcmservices.com | Mar 18 2026 01:33:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16644882 | + | Email/Text: BNCnotices@dcmservices.com | Mar 18 2026 01:33:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 11

District/off: 0315-2                          User: auto                          Page 2 of 2
Date Rcvd: Mar 17, 2026                       Form ID: pdf900                      Total Noticed: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| 16644875 | *+ | Lakeview Loan Servicing, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 16644876 | *+ | McCabe, Weisberg, & Conway LLC, 216 Haddon Avenue, 201, Westmont, NJ 08108-2818 |
| 16644872 | ##+ | Enhanced Recovery Corporation, PO Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Lynn Buchanan | on behalf of Debtor Andrea M. Suhoski alb@thedebtdoctors.com |
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com lemondropper75@hotmail.com;agilbert@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew M. Herron | on behalf of Debtor Andrea M. Suhoski mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6