**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Andrea M. Suhoski, | ) | Case No. 26-20491-JCM |
| Debtor. | ) | Chapter 13 |
| | ) | |
| Andrea M. Suhoski, | ) | Doc. No. WO-1 |
| Movant, | ) | Related to Document Nos. 30 & 31 |
| | ) | |
| v. | ) | |
| | ) | |
| Bruegger's Enterprises, Inc., | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I, Amy L. Buchanan, Esq. of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age:

That on the 21st day of May 2026

I served a copy of:   **ORDER GRANTING MOTION TO ATTACH WAGES and LOCAL FORM 12**

RE:   Andrea M. Suhoski          Case No.: 26-20491-JCM
                                 Chapter 13

ON:   Bruegger's Enterprises, Inc.
      3900 Lakebreeze Avenue N.
      Minneapolis, MN 55429
      Attn.: Payroll Department

BY:   Regular first-class US mail

I certify under the penalty of perjury that the foregoing is true and correct.

Dated:  May 21, 2026                    _/s/ Amy L. Buchanan_
                                        Amy L. Buchanan, Esquire
                                        PA ID No. 94653
                                        607 College Street, Suite 101
                                        Pittsburgh, PA 15232
                                        alb@thedebtdoctors.com
                                        (412) 395-6001

{W0592760.1 }